UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF MICHIGAN

IN RE:
WILLIAM BENJAMIN FRIEND, JR
KAREN LOUISE FRIEND

CASE NO. 18-04691
CHAPTER 13
JUDGE Hon. John T. Gregg

## NOTICE OF FINAL CURE PAYMENT

Pursuant to the Fed. Bankr. Rule 3002.1(f), the Trustee files Notice that the amount required to cure the pre-petition default in the below claim has been paid in full and the Debtor has completed all payments under the plan:

Within 21 days of the service of this Notice, the creditor must file and serve same on debtor, debtor's counsel and trustee, pursuant to Fed. Bankr. Rule 3002.1(g), a statement indicating whether it agrees that the debtor has paid in full the amount required to cure the default, has paid all outstanding post-petition fees, costs or escrow amounts due, and whether, consistent with §1322(b)(5), the debtor is current on all post-petition payments as of the date of this Notice or be subject to further action of the court including possible sanctions.

| MORTGAGE INFORMATION | |
|---|---|
| Creditor Name: | **US BANK NA / SN SERVICING CORP** |
| Court Claim Number: | **012**         UCI: |
| Account No.: | 4563 / 8417 1017 NORTH WEBER RD |
| Property Address if available: | 1017 NORTH WEBER RD |

| FINAL CURE AMOUNT | |
|---|---|
| Pre-petition Arrearage as allowed: | $13811.66 |
| Pre-petition Amount paid by the Trustee: | $13811.66 |
| Amount of Total Post-petition FRBP 3002.1(c) filings: | $2288.00 |
| Amount of Post-petition FRBP 3002.1(c) paid by the Trustee: | $2288.00 |
| Total Disbursements by Trustee: | $16099.66 |

| POST PETITION MORTGAGE PAYMENT | |
|---|---|
| XX Mortgage is paid thru the Trustee conduit.<br><br>Current Monthly Mortgage Payment: $1267.45<br><br>**To the extent that the Debtor is not current as of the date of this Notice, the creditor should file a Response indicating same.** | Mortgage is paid direct by the Debtor.<br><br>Next post-petition payment due: JUNE 2022<br> If known, Principal Balance Outstanding: |

## YOUR RESPONSE IS REQUIRED BY F.R.B.P Rule 3002.1(g)

To assist in reconciling the claim, a history of payments made by the Trustee is attached to copies of this Notice sent to the creditor. Payment history may be categorized into pre-petition payments, ongoing post-petition payments and supplemental post-petition payments.

I certify that the information contained herein is true and correct to the best of my knowledge, information and reasonable belief.

Dated: July 6, 2022                                             Respectfully Submitted:

/s/ Brett N. Rodgers, Trustee
Brett N. Rodgers
Chapter 13 Trustee
99 Monroe Ave NW, STE 601
Grand Rapids, MI 49503
(616) 454-9638

### CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Notice of Final Cure Payment was served on the parties listed below by ordinary U.S. Mail or served electronically through the Court's ECF System at the e-mail address registered with the Court on this 6 day of July, 2022.

**By ECF to the U.S. Trustee and the Debtor Attorney:**
Debtor Attorney: VINCENT EDWARD CARLSON
Creditor Attorney: By Notice of Appearance Only

**By U.S. Mail as follows:**

Debtor:
WILLIAM BENJAMIN FRIEND, JR
1017 NORTH WEBER RD
MUSKEGON, MI  49445

Creditor:
US BANK TRUST NATIONAL ASSOCIATION
C/O SN SERVICING CORPORATION
323  5th STREET
EUREKA, CA  95501-

Creditor Noticing Address:
,

Date:    July 6, 2022                                             /s/ NANCY L. SCHULTZ
Office of Brett N. Rodgers
Chapter 13 Trustee
99 Monroe Ave NW, STE 601
Grand Rapids, MI 49503